The Honorable Ricardo Martinez

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| DOMINQUE STWART, an individual, | NO.  18-cv-00557 |
| Plaintiff, | NOTICE OF APPEARANCE |
| v. | **(CLERK'S ACTION REQUESTED)** |
| WASHINGTON STATE UNIVERSITY, a state education institute, | |
| Defendant. | |

TO: DOMINIQUE STEWART, Plaintiff

TO: ANNE BREMNER, Plaintiff's Attorney

TO: CLERK OF THE COURT

YOU AND EACH OF YOU will please take notice that WASHINGTON STATE UNIVERSITY, by and through its attorneys, Robert W. Ferguson, Attorney General, and PAUL TRIESCH Assistant Attorney General, without waiving objections as to improper service, jurisdiction or venue, hereby enters its appearance in the above-entitled action and requests that notice of any and all further proceedings in said action be served upon the undersigned attorney at the address stated below.

NOTICE OF APPEARANCE
(NO.  18-cv-00557RSM)

1

ATTORNEY GENERAL OF WASHINGTON
Torts Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7352

**TRANSMISSION BY FAX OR BY ELECTRONIC MAIL DOES NOT CONSTITUTE SERVICE, UNLESS AGREED IN WRITING OR UNLESS OTHERWISE REQUIRED BY COURT RULE.**

DATED this 2nd day of May, 2018.

        ROBERT W. FERGUSON
        Attorney General

        *s/ Paul Triesch*
        PAUL TRIESCH, WSBA No. 17445
        Assistant Attorney General
        800 5th Ave., Suite 2000; Seattle, WA 98104
        Tel: 206-464-7352; Fax: 206-587-4229
        Email: Pault@atg.wa.gov
        Attorneys for Defendant WSU

NOTICE OF APPEARANCE
(NO. 18-cv-00557RSM)

2

ATTORNEY GENERAL OF WASHINGTON
Torts Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7352

**DECLARATION OF SERVICE**

I declare that on this 2nd day of May, 2018, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Anne Bremner: abremner@freybuck.com

I declare under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

DATED this 2nd day of May, 2018, in Seattle, Washington.

*s/ Valerie Tucker*
VALERIE TUCKER – Legal Assistant
800 Fifth Ave Suite 2000; Seattle, WA 98104
Tel: 206-464-7352; Fax: 206-587-4229
Email: valeriet@ATG.WA.GOV

NOTICE OF APPEARANCE
(NO. 18-cv-00557RSM)

3

ATTORNEY GENERAL OF WASHINGTON
Torts Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7352