UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DOMINIQUE STEWART, an individual,<br><br>Plaintiff,<br><br>v.<br><br>WASHINGTON STATE UNIVERSITY, a state educational institute,<br><br>Defendant. | Case No. C18-557 RSM<br><br>ORDER GRANTING MOTION TO EXTEND DISCOVERY DEADLINE SOLELY FOR PLAINTIFF'S DEPOSITION |

This matter comes before the Court on Defendant Washington State University's Motion for leave to extend the discovery deadline solely for the purpose of deposing Plaintiff Dominique Stewart on December 14, 2018. Dkt. #21. Ms. Stewart does not oppose this request. Dkt. #23.

The Court has been briefed previously on this issue and stated "[t]his deposition scheduling issue in particular is something the parties should be able to work out without further Court involvement." Dkt. #20 at 3. Clearly, this Motion should have been filed as a stipulation. Rather than waiting for further pointless briefing, or getting bogged down in a discussion about communications between counsel or the parties' relative cooperation in

ORDER GRANTING MOTION TO EXTEND DISCOVERY DEADLINE SOLELY FOR PLAINTIFF'S DEPOSITION - 1

discovery, the Court will simply grant this Motion. The Court urges both parties to continue with discovery in good faith.

Having reviewed the relevant briefing, the declarations and exhibits attached thereto, and the remainder of the record, the Court hereby finds and ORDERS that Defendant Washington State University's Motion to Extend Discovery (Dkt. #21) is GRANTED. The discovery deadline is extended to December 14, 2018, solely for the purpose of conducting Plaintiff Stewart's deposition.

DATED this 6th day of December 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE