The Honorable Ricardo Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DOMINIQUE STEWART, an individual,<br><br>Plaintiff,<br><br>v.<br><br>WASHINGTON STATE UNIVERSITY, a state educational institute,<br><br>Defendant. | No. 2:18-cv-00557-RSM<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR RELIEF FROM JUDGMENT OR ORDER** |

THIS MATTER came before the court on Plaintiff's Motion for Relief from Judgment or Order. Having reviewed the filings and materials in this matter, the court finds that Plaintiff's Motion for Relief is hereby GRANTED. Plaintiff is not required to obtain a bond, and Plaintiff is not required to pay the appointed costs until the appeal is exhausted.

IT IS SO ORDERED.

DATED this 18 day of June 2019.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING PLAINTIFF'S MOTION FOR RELIEF
FROM JUDGMENT OR ORDER - 1

FREY BUCK, P.S.
1200 FIFTH AVENUE, SUITE 1900
SEATTLE, WA 98101
P: (206) 486-8000 F: (206) 902-9660

Presented by:

**FREY BUCK, P.S.**

By: /s/ Anne Bremner
Anne Bremner, WSBA #13269
Mark Conrad, WSBA #48135
*Attorneys for Plaintiff*

ORDER GRANTING PLAINTIFF'S MOTION FOR RELIEF FROM JUDGMENT OR ORDER - 2

FREY BUCK, P.S.
1200 FIFTH AVENUE, SUITE 1900
SEATTLE, WA 98101
P: (206) 486-8000 F: (206) 902-9660